UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:05-CR-0481 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| PERCY HARRIS, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

FILED
HARRISBURG
APR 1 2 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty plea to the Superseding Felony Information, entered by defendant Percy Harris, for which the Government sought forfeiture pursuant to 21 U.S.C. § 853, the defendant shall forfeit to the United States:

   (1) All property involved in or traceable to offenses involving 21 U.S.C. § 841 (a)(1) and 18 U.S.C. § 2;

   (2) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained directly or indirectly, as a result of such violations involving such offenses; and

(3) Any property, real or personal, used or intended to be used in any manner or part to commit or facilitate the commission of the offenses involving 21 U.S.C. § 841 (a)(1) and 18 U.S.C. § 2.

2. The Court has determined, based upon the defendant's plea agreement, that the following property is subject to forfeiture and that the government has established the requisite nexus between such property and such offenses.

(A) Cash in the amount of $32,946.00 seized from 2808 Oakwood Drive, Harrisburg, Pennsylvania;

(B) Two diamond necklaces;

(C) One diamond watch;

(D) Four television sets;

(E) Computers and other electronic equipment;

(F) Real property located at 2808 Oakwood Drive, Susquehanna Township, Harrisburg, Pennsylvania, being real property conveyed by Jay Brenner and Alexis Brenner to Joanne Tonneau on June 29,

  2005, as recorded in the Dauphin County,

  Pennsylvania, Recorder of Deeds in Book 6073,

  Page 283; and

 (G) Funds in the amount of $27,189.39 seized from

  Citibank Accounts 69256557 and 90930681, which

  accounts were held in the name of Percy Harris.

 3. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

 4. The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(1) for the filing of third party petitions.

 5. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1), in which all interests will be addressed.

3

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney James T. Clancy, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this 12TH day of April, 2006.

CHRISTOPHER C. CONNER, JUDGE
UNITED STATES MIDDLE DISTRICT

4