

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 05-CR-481** |
| v. : | |
| : | **Judge Christopher C. Conner** |
| **PERCY HARRIS and** : | |
| **ROSELYN TORRES** : | |

## ORDER

AND NOW, this _9th_ day of _June_ 2006,

IT IS HEREBY ORDERED AND DECREED that the condition imposed by this Court that the defendant have no contact with the co-defendant in this case, Percy Harris, be lifted effective immediately.

BY THE COURT:

_____
The Honorable Christopher C. Conner

Distribution:

Brian W. Perry, Esquire, 2411 North Front Street, Harrisburg, PA 17110
Christy Fawcett, U.S. Attorney's Office, Federal Building, 3rd & Walnut Street, Suite 1162, Harrisburg, Pennsylvania, 17108