UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | NO. 1:05-CR-0481 |
|---|---|---|
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| PERCY HARRIS, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

FILED
HARRISBURG
AUG 2 1 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and upon Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on April 12, 2006, ordering the defendant to forfeit the following property:

A. Cash in the amount of $32,946.00 seized from 2808 Oakwood Drive, Harrisburg, Pennsylvania;

B. Two diamond necklaces;

C. One diamond watch;

D. Four television sets;

E. Computers and other electronic equipment;

F.   Real property located at 2808 Oakwood Drive, Susquehanna Township, Harrisburg, Pennsylvania, titled in the name of Joanne Bonneau;

and

G.   Funds in the amount of $27,189.39 seized from Citibank Accounts 69256557 and 90930681, which accounts were held in the name of Percy Harris.

All personal service was completed and notice of the Preliminary Order of Forfeiture was published in the *Patriot News* in Harrisburg, Pennsylvania on May 2, May 9, and May 16, 2006. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

No petitions were filed within the thirty-day period required by 21 U.S.C. 853(n)(1). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

2

Now, therefore, upon motion of the United States of America, for Final Order of Forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED that:

a. All right, title and interest in the above-described property is hereby condemned, forfeited and vested in the United States of America free and clear of any person, including defendant Percy Harris and Joanne Bonneau, titled owner of the real property located at 2808 Oakwood Drive, Harrisburg, Pennsylvania, and shall be disposed of according to law;

b. The Clerk is hereby directed to send attested copies of this Order to all counsel of record;

c. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this __21st__ day of __August__, 2006.

_____
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE