IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:05-CR-0481 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **PERCY HARRIS** | : | |

## ORDER

AND NOW, this 11th day of June, 2007, upon consideration of defendant's motion (Doc. 84) to vacate the sentence imposed by this court on September 11, 2006, and defendant's election form (Doc. 86), electing to have the court rule upon the motion under 28 U.S.C. § 2255, and it appearing that the motion was filed within the prescribed limitations period, see 28 U.S.C. § 2255 ("A 1-year period of limitation shall apply to a motion under this section."), it is hereby ORDERED that:

1. The Clerk of Court is directed to serve a copy of the motion (Doc. 84) on the United States Attorney.

2. The United States Attorney shall file an answer to the motion (Doc. 84) on or before June 27, 2007. See R. GOVERNING § 2255 CASES R. 4(b), 5.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge