# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:05-CR-481 |
| : | |
| v.  : | (Judge Conner) |
| : | |
| **PERCY HARRIS (1),** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 27th day of July, 2020, upon consideration of the motion (Doc. 152) by defendant Percy Harris for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that Harris's motion (Doc. 152) is DENIED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania